UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

      *Plaintiff*,

Vs.

CARLA CASTRO-RAMOS

      *Defendants*

CRIMINAL

HON DICKINSON R. DEBEVOISE, USDJ

CASE NO. 10-553-001 (DRD)

ORDER RETURNING PASSPORT

**THIS** matter having been opened to the Court via the Petition of Counsel, Marc E. Leibman, Esq., of Kaufman, Bern, Deutsch & Leibman, LLP attorneys for Carla Castro Ramos, for an Order compelling the return of the Defendant's passport and the United States Attorney, Paul Fishman, by Eric Moran, Assistant United States Attorney, having been served notice of said petition, and registering no objection, and the Court having imposed sentence thereby concluding this matter, and for good cause shown,

**IT IS** on this 16th day of December, 2010;

**ORDERED** that Pre-trial Services shall return the Defendant's passport by mailing same to her at her home address within ten (10)

days of the service of this order upon Pre-trial Services.

_____
HON. DICKINSON R. DEBEVOISE, USDJ